**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  11-cv-02239-REB-KMT
(Consolidated with Civil Action No. 11-cv-02361-REB-KMT

EDIE GARCIA, and
NICHOLE WITTER-GORTNER,

   Plaintiffs,

v.

HOTEL POWERS, INC., d/b/a Hampton Inn,

   Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

   The matter is before me on the **Stipulation For Dismissal With Prejudice** [#52][1] filed

April 16, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation

should be approved, and that this action should be dismissed with prejudice, with each party to

pay its own costs and fees.

   **THEREFORE, IT IS ORDERED** as follows:

   1.  That the **Stipulation For Dismissal With Prejudice** [#52] filed April 16, 2013, is

**APPROVED**; and

   2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own

attorney fees and costs.

   Dated April 16, 2013, at Denver, Colorado.

        **BY THE COURT:**

        Robert E. Blackburn
        United States District Judge

---

[1] "[#52]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.